**FILED**

APR 2 9 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

IN RE: HOYT, MAURICE & LISA

_____ Debtor(s)/ _____

Case No

Chapter 13

03.12870

### CHAPTER 13 PLAN

LENGTH OF PLAN: 60 monthly payments.
PLAN PAYMENT: $620.00/mo, from which the Trustee's percentage shall be deducted.
COMMENCEMENT: Plan payments to begin within 30 days after the petition is filed.

### PRIORITY CLAIMS

ATTORNEY: the attorney shall receive $890.00 in fees through the Plan.

### SECURED CLAIMS

CHARTER ONE: to be paid outside the Plan.
KEY BANK: to be paid outside the Plan.
SARATOGA NAT'L: to be paid to the value of the asset ($11,375.00) through the Plan @ 6.0%.
ADIRONDACK TRUST: to be paid to the value of the asset ($9,185.00) through the Plan @ 6.0%.
M&T: to be paid to the value of the asset ($4,700.00) through the Plan @ 6.0%.
HOUSEHOLD: to be paid to the value of the asset ($4,500.00) through the Plan @ 6.0%.

### UNSECURED CLAIMS

All claims not specifically provided for above shall be paid as general unsecured claims, without priority, on a pro rata basis.

| | |
|---|---|
| AMOUNT TO BE PAID THROUGH PLAN: | $37,200.00 |
| UNSECURED CLAIMS PER SCHEDULES: | $51,487.00 |
| PAYBACK TO UNSECURED CREDITORS: | 10% |

### OTHER PROVISIONS

1) All property of the estate under 11 U.S.C.A. sec. 1306 shall be and remain property of the estate, and all stays shall remain in force and effect until conclusion of this case or until otherwise ordered by this Court.

2) All claims will be treated as set forth above unless a creditor objects prior to the confirmation hearing and files a claim within ninety (90) days after the first date set for the meeting of creditors pursuant to 11U.S.C.A. sec. 341(a).

3) Creditors who fail to file a claim within the time stated in paragraph 2 above shall not receive any distributions under this Plan.

4) After the payment of the above-stated amounts, the Debtor(s) propose that all the property of the estate revest in the Debtor(s) and that they receive a discharge of all the indebtedness provided for herein.

5) This Plan is submitted in good faith and it is feasible.

### DECLARATION

I Declare under the penalty of perjury that I have read this Chapter 13 Plan and that it is true, and correct to the best of my knowledge, information and belief.

Dated: 4-24-03 _Maurice Hoyt_ _Lisa Hoyt_

MAURICE HOYT          LISA HOYT