HOYT NY0074

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF NEW YORK, ALBANY DIVISION

IN RE:                                :CHAPTER: 13

LISA G HOYT                           :

MAURICE R HOYT                        :

                                      :BANKRUPTCY NO: 03-12870-REL

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)

PROVIDING PROPER AND EXCLUSIVE ADDRESS FOR SERVICE

OF NOTICES AND PLEADINGS

To the Clerk:

To the Trustee:

    1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed in the lower right-hand corner receive all notices required to be mailed under Bankruptcy Rule 2002 at the address contained herein.

    2. The address to which all such notices should be sent appears in the lower right-hand corner of this document and is the address for the attorney/agent for the creditor.

RECEIVED & FILED
JUL X 3 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

ACK
7/31/03
MS

Pet: 04/29/03



3. The address below should be substituted for that of the creditor named below.

4. A copy of the request is being mailed this date, by first class mail, postage prepaid, to the person(s), if any, whose names and addresses appear in the lower left-hand corner.

|            |                                                      |
|------------|------------------------------------------------------|
| TRUSTEE    | eCAST Settlement Corporation, assignee of Providian National Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480<br>ATTORNEYS/AGENT FOR CREDITOR |

By: _____

Becket and Lee LLP, Attorneys/Agent for Creditor
Barbara K. Hamilton, Esquire
Sarah E. Pugh, Esquire
Rhonda E. Rosenblum, Esquire
(610) 644-7800

Date: May 29, 2003

eCAST Settlement Corporation, assignee of
Providian National Bank

CREDITOR

Pet: 04/29/03